THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEMAR TURNER, Appellant. [864 NYS2d 618]—

Appeal from a judgment of the Supreme Court, Monroe County (David D. Egan, J.), rendered January 27, 2004. The judgment convicted defendant, upon a jury verdict, of rape in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him, upon a jury verdict, of rape in the second degree (Penal Law § 130.30 [1]). By his general motion for a trial order of dismissal, defendant failed to preserve for our review his contention that the evidence is legally insufficient to support the conviction (*see People v Gray,* 86 NY2d 10, 19 [1995]). In any event, that contention and defendant's further contention that the verdict is against the weight of the evidence are both without merit (*see generally People v Bleakley,* 69 NY2d 490, 495 [1987]). The victim's testimony was not so inconsistent as to render it incredible as a matter of law (*see People v Calabria,* 3 NY3d 80, 82 [2004]; *People v Black,* 38 AD3d 1283, 1285 [2007], *lv denied* 8 NY3d 982 [2007]; *People v Duffy,* 299 AD2d

914 [2002], *lv denied* 99 NY2d 628 [2003]), and we see no reason to disturb the jury's resolution of credibility issues (*see generally Bleakley,* 69 NY2d at 495; *People v Harris,* 15 AD3d 966, 967 [2005], *lv denied* 4 NY3d 831 [2005]). Finally, we reject defendant's contention that the photo array was unduly suggestive and that Supreme Court therefore erred following the suppression hearing in refusing to suppress the victim's identification testimony (*see generally People v Chipp,* 75 NY2d 327, 335 [1990], *cert denied* 498 US 833 [1990]). The photos in the array are "sufficiently similar in appearance so that the viewer's attention is not drawn to any one photograph in such a way as to indicate that the police were urging a particular selection" (*People v Quinones,* 5 AD3d 1093, 1093 [2004], *lv denied* 3 NY3d 646 [2004]; *see People v Diggs,* 19 AD3d 1098 [2005], *lv denied* 5 NY3d 787 [2005], *rearg granted and order amended* 21 AD3d 1438 [2005]). Present—Hurlbutt, J.P., Centra, Peradotto, Green and Gorski, JJ.